# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MICHAEL BRAMSON,** : <br> : <br> Plaintiff, : <br> : <br> v. :     Case No.: 1:21-cv-01280 <br> : <br> **FAISAL MAHMOOD GILL,** *et al.* : <br> : <br> Defendants. : | |

## PLAINTIFF STATUS REPORT

Pursuant to the Court's May 9, 2023, Minute Order, Plaintiff files this Status Report. On May 8, 2023, the parties filed a Motion to Stay this matter, because they had entered into preliminary settlement negotiations. The Parties have, in principle, agreed to the general terms of a settlement, but are still in the process of memorializing those terms in a formal settlement agreement. Thus, settlement negotiations are on-going, and the Parties would like to continue to request that this matter continue to be stayed to allow additional time for the Parties to reach a settlement whereafter this matter will be dismissed.

Dated: June 9, 2023

Respectfully submitted,

/s/ Andrew O. Clarke
Andrew O. Clarke, Esquire
D.C. Bar No. 1032649
The Chaklader Firm
1300 I Street, N.W. | Suite 400E
Washington, D.C. 20005
Phone: (202) 657-4118
Fax: (202) 301-8742
Email: aclarke@chakladerfirm.com
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of June, 2023, the foregoing was filed with the Court's ECM/ECF system and served on the following counsel of record by email and mail:

        Michael C. Whitticar (VSB 32968)
        NOVA IP Law, PLLC
        155 Broadview Avenue, Suite 200
        Warrenton, VA 20186
        Tel: (571) 386-2980
        Fax: (855) 295-0740
        Email: mikew@novaiplaw.com
        *Attorney for Defendants*

                                          s/ Andrew O. Clarke
                                          Andrew O. Clarke, Esquire
                                          *Attorney for Plaintiff*